# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

JIMMIE LEE REECE,

                                :                     

        Petitioner,                              Case No. 3: 12-cv-198

                                :           District Judge Timothy S. Black

      -vs-                                   Magistrate Judge Michael R. Merz

WARDEN, Chillicothe Correctional
  Institution

                                :

        Respondent.

---

## TRANSFER ORDER

---

Pursuant to the June 1, 2012, change in the allocation of habeas corpus cases at the Dayton

location of Court, the reference in the above-captioned case is hereby transferred from The

Honorable Sharon L. Ovington to The Honorable Michael R. Merz.  The initial assignment to

Judge Ovington was caused by a computer programming error in the CM/ECF system

June 25, 2012.

                                           s/ Michael R. Merz
                                           United States Magistrate Judge