IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| JIMMIE LEE REECE, | : | Case No. 3:12-cv-198 |
| Petitioner, | : | |
| - vs - | : | District Judge Timothy S. Black<br>Magistrate Judge Michael R. Merz |
| WARDEN, CHILLICOTHE<br>CORRECTIONAL INSTITUTION, | : | |
| | : | |
| Respondent. | : | |
| | : | |

### ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #3), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, and for good cause shown upon the Court's *de novo* review, hereby ADOPTS said Report and Recommendations.

Accordingly, it is hereby ORDERED that the Petition be DISMISSED with prejudice and Petitioner is DENIED a certificate of appealability. The Court hereby certifies to the United States Court of Appeals for the Sixth Circuit that any appeal would be objectively frivolous and should not be permitted to proceed *in forma pauperis*.

July 26, 2012.

Timothy S. Black
United States District Judge

*1*