# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

**JIMMIE LEE REECE,**

     Petitioner,

                                 **CASE NO.      3:12-cv-198**

**-vs-**

                                 **District Judge Timothy S. Black**
                                 **Magistrate Judge Michael R. Merz**

**WARDEN, Chillicothe Correctional
Institution,**

     Respondent.

_____

## JUDGMENT IN A CIVIL CASE
_____

     **[  ]  Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

     **[X ]  Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

     **IT IS ORDERED AND ADJUDGED** that the Report and Recommendations (Doc. 3) of the United States Magistrate Judge is **ADOPTED;** that any requested Certificate of Appealability is **DENIED**; that it is **CERTIFIED** any appeal would not be taken in good faith; and that the case is **TERMINATED** from the docket.

Date:  July 27, 2012                     **JAMES BONINI, CLERK**

                                     By: s/ M. Rogers_____
                                     Deputy Clerk