# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

JIMMIE LEE REECE,

    Petitioner,

    -vs-

WARDEN, Chillicothe Correctional Institution

    Respondent.

:

:

:

Case No. 3: 12-cv-198

District Judge Timothy S. Black
Magistrate Judge Michael R. Merz

## RECOMMITTAL ORDER

This case is before the Court on Respondent's Objections (Doc. No. 9) to the Magistrate Judge's Report and Recommendations (Doc. No. 7).

The District Judge has preliminarily considered the Objections and believes they will be more appropriately resolved after further analysis by the Magistrate Judge. Accordingly, pursuant to Fed. R. Civ. P. 72(b)(3), this matter is hereby returned to the Magistrate Judge with instructions to file a supplemental report analyzing the Objections and Response and making recommendations based on that analysis.

**IT IS SO ORDERED.**

Date: 8/31/12

Timothy S. Black
United States District Judge

1